**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2477

GENE M. MUNSON,

Plaintiff - Appellant,

versus

DONALD L. EVANS, Secretary, U.S. Department of
Commerce; UNITED STATES PATENT & TRADEMARK
OFFICE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-04-181)

Submitted: February 24, 2005          Decided: March 4, 2005

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gene M. Munson, Appellant Pro Se. Richard Parker, Rachel Celia
Ballow, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gene M. Munson appeals the district court's order granting summary judgment in favor of the Appellees in his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Munson v. Evans, No. CA-04-181 (E.D. Va. Sept. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                        AFFIRMED